UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

**OHIO COUNTY COMMISSION**, *et al.*,

v.                                                                    Civil Action No. 5:24-CV-142
                                                                                Honorable John Preston Bailey

**EXPRESS SCRIPTS, INC.**, *et al.*,

    **Defendants.**

### AGREED STIPULATION REGARDING RESPONSIVE PLEADINGS AND BRIEFING SCHEDULE WITH RESPECT TO PLAINTIFFS' WELLSBURG COMPLAINT

NOW COMES the parties, by and through counsel, and pursuant to Rules 7.01 and 12.01 of the Local Rules of Civil Procedure of the United States District Court for the Northern District of West Virginia, hereby state, stipulate, and agree to the following:

1. Plaintiffs filed their Complaint, *City of Wellsburg et al. v. Express Scripts, Inc. et al.* (**Wellsburg**), Civil Action No. 5:25-cv-164, on or about July 22, 2025.

2. By Order of this Court, dated August 4, 2025, Wellsburg was consolidated with *Ohio County et al. v. Express Scripts, Inc. et al.* (**Ohio County**), Civil Action No. 5:25-cv-142, . *See* Doc. 192.

3. Under Local Rules 7.01 and 12.01, "the time to answer or otherwise respond to a complaint may be extended by stipulation."

4. To promote the efficient resolution of this matter, the Stipulating Parties agree that good cause exists to the following deadlines with respect to Wellsburg, and **Stipulate** and **Agree** as follows:

    a. The Express Scripts Defendants were effectively served with the Wellsburg Complaint on <u>July 25, 2025</u>;

1

  b. The Express Scripts Defendants' deadline to move to dismiss or to otherwise answer the Complaint shall be September 23, 2025;

  c. Plaintiffs' deadline for their opposition brief to any motion to dismiss shall be October 23, 2025;

  d. The Express Scripts Defendants' deadline for their reply brief for any motion to dismiss shall be November 13, 2025;

Based on the foregoing, the parties hereto Stipulate and Agree to the deadlines set forth above.

**DATED:  August 29, 2025**

/s/ Charles R. Bailey
Charles R. Bailey (WV Bar #202)
Justin C. Taylor (WV Bar #8014)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
T: (304) 345-4222
F: (304) 343-3133
cbailey@baileywyant.com
jtaylor@baileywyant.com

*Counsel for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc., ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., and Express Scripts Specialty Distribution Services, Inc.; Express Scripts Sales Operations, Inc.; Evernorth Health, Inc.; Evernorth Care Solutions, Inc.; Evernorth Direct Health, LLC; Evernorth Behavioral Health, Inc.; and Evernorth Sales Operations, Inc.*

/s/ Anthony J. Majestro
Anthony J. Majestro (WV Bar #5165)
Christina L. Smith (WV Bar #7409)
Powell & Majestro PLLC
405 Capitol Street, Suite P-1200
Charleston, WV 25301
Telephone: (304) 444-6082
Email: amajestro@powellmajestro.com
Email: csmith@powellmajestro.com

Paul T. Farrell, Jr. (WV Bar #7443)
Michael J. Fuller, Jr. (WV Bar #10150)
Farrell & Fuller, LLC
270 Muñoz Rivera Avenue, Suite 201
San Juan, Puerto Rico 00918
Telephone: 939-293-8244
Email: paul@farrellfuller.com
Email: mike@farrellfuller.com

Robert P. Fitzsimmons (WV Bar #1212)
Clayton J. Fitzsimmons (WV Bar #10823)
Mark A. Colantonio (WV Bar #4238)
Christine Pill Fisher (WV Bar #13450)
Fitzsimmons Law Firm PLLC
1609 Warwood Avenue
Wheeling, WV 26003
Telephone: (304) 277-1700
Email: bob@fitzsimmonsfirm.com
Email: clayton@fitzsimmonsfirm.com
Email: mark@fitzsimmonsfirm.com
Email: christy@fitzsimmonsfirm.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

**OHIO COUNTY COMMISSION,** *et al.***,**

v.                                                                     Civil Action No. 5:24-CV-142
                                                                       Honorable John Preston Bailey

**EXPRESS SCRIPTS, INC., et al.,**

   Defendants.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing "**AGREED STIPULATION REGARDING RESPONSIVE PLEADINGS AND BRIEFING SCHEDULE WITH RESPECT TO PLAINTIFFS' WELLSBURG COMPLAINT**" was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, August 29, 2025:

Paul T. Farrell, Jr., Esq.
Michael J. Fuller, Jr., Esq.
Farrell & Fuller, LLC
270 Muñoz Rivera Avenue, Suite 201
San Juan, Puerto Rico 00918
Telephone: 939-293-8244
Email: paul@farrellfuller.com
Email: mike@farrellfuller.com

Robert P. Fitzsimmons, Esq.
Clayton J. Fitzsimmons, Esq.
Mark A. Colantonio, Esq.
Christine Pill Fisher, Esq.
Fitzsimmons Law Firm PLLC
1609 Warwood Avenue
Wheeling, WV 26003
Telephone: (304) 277-1700
Email: bob@fitzsimmonsfirm.com
Email: clayton@fitzsimmonsfirm.com
Email: mark@fitzsimmonsfirm.com
Email: christy@fitzsimmonsfirm.com

Anthony J. Majestro, Esq.
Christina L. Smith, Esq.
Powell & Majestro PLLC

405 Capitol Street, Suite P-1200
Charleston, WV 25301
Telephone: (304) 444-6082
Email: amajestro@powellmajestro.com
Email: csmith@powellmajestro.com

/**s**/ Charles R. Bailey
Charles R. Bailey (WV Bar #0202)
Justin C. Taylor (WV Bar #8014**)**
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
T: (304) 345-4222
F: (304) 343-3133
cbailey@baileywyant.com
jtaylor@baileywyant.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael Lyle (*pro hac vice*)
Jonathan Cooper (*pro hac vice*)
1300 I St. NW, Suite 900
Washington, DC 20005
Tel:  (202) 538-8000
Fax:  (202) 538-8100
mikelyle@quinnemanuel.com
jonathancooper@quinnemanuel.com

Patrick King (*pro hac vice*)
700 Louisiana St., Suite 3900
Houston, TX 77002
Tel:  (713) 221-7000
Fax:  (713) 221-7100
patrickking@quinnemanuel.com

Elisabeth Miller (*pro hac vice*)
295 5th Ave., 9th Floor
New York, NY 10016
Tel:  (212) 849-7000
Fax:  (212) 849-7100
elisabethmiller@quinnemanuel.com

*Counsel for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc., ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., and Express Scripts Specialty Distribution Services, Inc.; Express Scripts Sales Operations, Inc.; Evernorth Health, Inc.; Evernorth Care Solutions, Inc.; Evernorth Direct Health, LLC; Evernorth Behavioral Health, Inc.; and Evernorth Sales Operations, Inc.*