IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**OHIO COUNTY COMMISSION, et al.,**

        Plaintiffs,

v.                                                            **Civil Action No. 5:24-CV-142 (LEAD)**
                                                             Judge Bailey

**EXPRESS SCRIPTS, INC., et al.,**

        Defendants.

and

**CITY OF WELLSBURG, et al.,**

        Plaintiffs,

v.                                                              **Civil Action No. 5:25-CV-164**
                                                             Judge Bailey

**EXPRESS SCRIPTS, INC., et al.,**

        Defendants.

## ORDER

Pending before this Court is a Stipulation of Voluntary Partial Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of All Claims Asserted by All Plaintiffs Except for Claim for Public Nuisance [Doc. 270], filed January 2, 2026. Therein, all plaintiffs in the above-styled consolidated cases and the Express Scripts entities stipulate that all claims for relief asserted by all plaintiffs are voluntarily dismissed, "except the Stipulating Plaintiffs expressly preserve the First Claim for Relief of their operative Complaints (ECF No. 128;

1

Case No. 5:25-cv-00164-JPB, ECF No. 2), inclusive of all factual averments incorporated therein, which is a claim of common law public nuisance, insofar as it seeks an injunction and/or the abatement of the alleged public nuisance (all other requested remedies, including compensatory and/or punitive damages, are voluntarily dismissed)." [Doc. 270 at 1].

Pursuant to the Stipulation, the only remaining claim in the above-styled consolidated cases is a claim for public nuisance. All other claims are **DISMISSED** in Civil Action Number 5:24-CV-142 [**Doc. 128**] and Civil Action Number 5:25-CV-164 [**Doc. 2**].

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** January 5, 2026.

JOHN PRESTON BAILEY
**UNITED STATES DISTRICT JUDGE**