UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

| | |
|---|---|
| **OHIO COUNTY COMMISSION**, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>**EXPRESS SCRIPTS, INC.**, *et al.*<br><br>    Defendants. | **Civil Action No. 5:24-CV-142**<br><br>Judge John Preston Bailey<br>United States District Judge |
| **CITY OF WELLSBURG**, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>**EXPRESS SCRIPTS, INC.**, *et al.*<br><br>    Defendants. | **Civil Action No. 5:25-CV-164**<br><br>Judge John Preston Bailey<br>United States District Judge |

**STIPULATION AND**  **AGREED ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by all Plaintiffs in these consolidated cases ("Plaintiffs") and Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Order Processing, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; Express Scripts Specialty Distribution Services, Inc.; Express Scripts Sales Operations, Inc.; Evernorth Health, Inc.; Evernorth Care Solutions, Inc.; Evernorth Direct Health,

LLC; Evernorth Behavioral Health, Inc.; and Evernorth Sales Operations, Inc., (collectively "Express Scripts"), by and through their respective counsel:

1. Whereas, on November 21, 2025, the Court entered an Order holding that "Plaintiffs' Motion to Compel Express Scripts' West Virginia and National Opioid Prescription and Remuneration Data [Doc. 224] is GRANTED. Defendants are directed to provide the raw data to plaintiffs on or before January 5, 2026." [Doc. 256]; and

2. Whereas, on December 5, 2025, Express Scripts filed a Motion for Reconsideration [Doc. 259] of the November 21, 2025, Order and an Emergency Motion to Stay the Court's Order to Produce Nationwide Data and Memorandum of Law in Support [Doc. 260]; and

3. Whereas, the Court held a hearing on both Motions on December 16, 2025 and DENIED IN PART the Motion for Reconsideration and DENIED the Emergency Motion to Stay the Court's Order to Produce Nationwide Data; and

4. Whereas, on December 16, 2025, the Court entered an Order setting forth those rulings providing:

> The Court hereby AMENDS the November 21, 2025 Order [Doc. 256] as follows:
>
> (1) Defendants are ORDERED to produce the requested nationwide claims data containing the additional 96 non-MDL fields no later than May 21, 2026;
>
> (2) Defendants are ORDERED to produce the pre-2009 nationwide rebates data no later than August 21, 2026;
>
> (3) Defendants are ORDERED to file reports of their progress on the production of the foregoing data with this Court and opposing counsel every thirty (30) days;
>
> (4) Defendants are ORDERED to produce a Rule 30(b)(6) witness for a deposition about the topics covered in Viju Paul's two (2) declarations; and

>   (5)   Plaintiffs are PERMITTED to inspect, pursuant to Federal Rule of Civil Procedure 34, defendants' claims databases and rebates and administrative fees database so that plaintiffs can determine whether they are able to compile and process the requested data in a more timely and efficient manner.

[Doc. 269 at 1-2 (footnotes omitted]]; and

Whereas, thereafter, Express Scripts and the Plaintiffs continued to meet and confer regarding the above issues and, in an effort to avoid continued litigation over these matters, including a potential appeal of the Court's Order, the Parties have come to a compromise regarding the disputed discovery as set forth in this Stipulation and Request for an Agreed Order.

The Parties therefore stipulate and agree as follows, and respectfully request the Court modify its previous Order [Doc. 269], as follows:

1. Express Scripts will produce Nationwide Rebate and Administrative Fee Data for 2009-2024 (including West Virginia data) and Nationwide Claims Data for the 119 MDL fields for 2006-2024, by January 5, 2026.

2. No later than May 21, 2026, Express Scripts will produce the requested Claims Data containing the additional 96 non-MDL fields identified by Plaintiffs for prescriptions adjudicated either at a retail pharmacy located in West Virginia or mail claims with a member address in West Virginia, for 2006-2024, to the extent such data exists, or the earliest date such data is available, but no earlier than 2006.

3. No later than August 21, 2026, Express Scripts will produce the requested Rebate and Administrative Fee Data for prescriptions adjudicated either at a retail pharmacy located in West Virginia or for mail claims with a member address in West Virginia from 1996-2009, to the extent such data exists, or the earliest date such data is available, but no earlier than 1996.

4. Express Scripts will make good faith efforts to produce the agreed to data prior to the May and August deadlines to the extent possible and will file progress reports of their progress on the production of the foregoing data with this Court and opposing counsel every thirty (30) days beginning January 16, 2026.

5. Express Scripts will not be required to produce the Rule 30(b)(6) witness or permit the Plaintiffs to conduct a Rule 34 inspection previously ordered by the Court in the Order of December 16, 2025 [Doc. 269].

6. Express Scripts will forgo seeking appellate review by extraordinary writ or otherwise of the Orders of November 21, 2025 [Doc 256] and December 16, 2025 [Doc. 269] as to the production of data discovery if modified as set forth herein. Express Scripts reserves and does not waive all rights to seek appellate review by extraordinary writ or otherwise of those parts of the Orders not pertaining to data discovery detailed in the compromise position set forth above.

7. The Parties acknowledge that the compromises set forth in this stipulation are binding only on the Parties in these consolidated actions, including any parties later added to these consolidated actions, that plaintiffs in actions pending in other jurisdictions may seek discovery that is different or additional to the discovery agreed to herein, and that Express Scripts may oppose the production of discovery in those actions. Express Scripts agrees not to use the compromises made by Plaintiffs to argue that the Court's previous orders were improper, except where plaintiffs in other jurisdictions use the Orders as precedent to seek similar discovery as granted by the Orders. Express Scripts reserves and does not waive all rights to oppose the production of this discovery in actions pending in other jurisdictions for any other reason, including those reasons set forth in its motions. *See* Doc. 259 and 260.

APPROVED and so ORDERED that the Order of December 16, 2025 [Doc. 269] is hereby modified consistent with the Parties' agreements set forth in this stipulation this **5th** day of January, 2026.

_____
John Preston Bailey
United States District Judge

**STIPULATED AND AGREED TO BY:**

**OHIO COUNTY COMMISSION,** *et al.*, *Plaintiffs*

By: /s/ *Paul T. Farrell, Jr.*
Paul T. Farrell, Jr., Esq. (WV Bar #7443)
**FARRELL & FULLER, LLC**
270 Muñoz Rivera Avenue, Suite 201
San Juan, Puerto Rico 00918
Telephone: 939-293-8244
Email: paul@farrellfuller.com

/s/ *Clayton J. Fitzsimmons*
Robert P. Fitzsimmons, Esq. (WV Bar #1212)
Clayton J. Fitzsimmons, Esq. (WV Bar #10823)
Mark A. Colantonio, Esq. (WV Bar #4238)
Christine Pill Fisher, Esq. (WV Bar #13450)
**FITZSIMMONS LAW FIRM PLLC**
1609 Warwood Avenue
Wheeling, WV 26003
Telephone: (304) 277-1700
Email: bob@fitzsimmonsfirm.com
Email: clayton@fitzsimmonsfirm.com
Email: mark@fitzsimmonsfirm.com
Email: christy@fitzsimmonsfirm.com

**EXPRESS SCRIPTS, INC.,** *et al*, *Defendants*

By: /s/ *Charles R. Bailey*
Charles R. Bailey (WV Bar #202)
Justin C. Taylor (WV Bar #8014)
**BAILEY & WYANT, PLLC**
500 Virginia Street, East, Suite 600 Post Office Box 3710
Charleston, West Virginia 25337-3710 T: (304) 345-4222
F: (304) 343-3133
cbailey@baileywyant.com
jtaylor@baileywyant.com

William J. Ihlenfeld, II
Maximillian Nogay
**FLANNERY GEORGALIS LLC**
Post Office Box 9 Wheeling, WV 26003
(681) 293 2595
wihlenfeld@flannerygeorgalis.com
mnogay@flannerygeorgalis.com

Michael Lyle (*pro hac vice*)
Jonathan G. Cooper (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
(202) 538-8000
mikelyle@quinnemanuel.com
jonathancooper@quinnemanuel.com

/s/ *Anthony J. Majestro*
Anthony J. Majestro, Esq. (WV Bar #5165)
Christina L. Smith, Esq. (WV Bar #7509)
**POWELL & MAJESTRO PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
Telephone: (304) 444-6082
Email: amajestro@powellmajestro.com
Email: csmith@powellmajestro.com

*Counsel for All Plaintiffs in Nos.*
*5:24-cv-00142 and 5:24-cv-00142*

Patrick King (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
700 Louisiana St., Suite 3900
Houston, TX 77002
(713) 221-7000
patrickking@quinnemanuel.com

Elisabeth Miller (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
295 5th Avenue, 9th Floor New York, NY
10016
(212) 849-7000
elisabethmiller@quinnemanuel.com

*Counsel for Express Scripts Defendants*