IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

OHIO COUNTY COMMISSION, et al.,

        Plaintiffs,

v.

        Civil Action No. 5:24-CV-142
        (LEAD)
        Judge Bailey

EXPRESS SCRIPTS, INC., et al.,

        Defendants.

and

CITY OF WELLSBURG, et al.,

        Plaintiffs,

v.

        Civil Action No. 5:25-CV-164
        Judge Bailey

EXPRESS SCRIPTS, INC., et al.,

        Defendants.

## ORDER

Pending before this Court is a Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of All Claims Asserted by Plaintiff Town of Belle. *See* Civ. Act. No. 5:24-CV-142 [Doc. 290]; Civ. Act. No. 5:25-CV-164 [Doc. 67]. Therein, plaintiff Town of Belle and defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) stipulate that all claims for relief asserted by plaintiff Town of Belle against all defendants are voluntarily dismissed with prejudice from the above-styled actions. The Stipulation further

1

states that the Stipulation "does not impact any remaining claims asserted by any other Plaintiff which shall remain on the active docket of this Court, nor does it impact any defenses asserted by Express Scripts, which reserves all rights and defenses as to the remaining Plaintiffs."

Pursuant to the Stipulation, all claims asserted by plaintiff Town of Belle are hereby **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED TO STRIKE** plaintiff <u>Town of Belle</u> from the above-styled actions.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** January 20, 2026.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE