# EXHIBIT A

## Elisabeth Miller

| | |
|---|---|
| **From:** | Steven R. Compton <Steven.R.Compton@wvago.gov> |
| **Sent:** | Friday, August 7, 2026 11:52 AM |
| **To:** | Jace H. Goins; Elisabeth Miller; Patrick King |
| **Cc:** | Roey Goldstein; Abby G. Cunningham; Ryan Donovan; Jonathan Cooper; William Ihlenfeld; Maximillian Nogay |
| **Subject:** | RE: WV Subpoenas - Proposed JSR Following Supervised Meet-and-Confer |

[EXTERNAL EMAIL from steven.r.compton@wvago.gov]

I would also ask for the extension on behalf of the agencies I represent and/or a status report saying the agencies are working towards a resolution and need 2 weeks to finalize. My agencies have concerns about this document being an agreement for everyone rather than a just a status report and currently it only mentions OCME specifically. That being said, I am confident we can work out separate agreements with my agencies fairly quickly similar to those worked out with other agencies.

**Steven R. Compton**
**Deputy Attorney General**
Health and Human Services Division
812 Quarrier Street, 6th Floor
Charleston, WV 25301
(304) 558-2131
Fax 558-0430
steven.r.compton@wvago.gov

The information contained in this electronic message is legally privileged and confidential under applicable law and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the West Virginia Office of the Attorney General, (304) 558-2131, and purge this communication immediately without making any copy or distribution.

**From:** Jace H. Goins <Jace.H.Goins@wvago.gov>
**Sent:** Friday, August 7, 2026 11:31 AM
**To:** Elisabeth Miller <elisabethmiller@quinnemanuel.com>; Patrick King <patrickking@quinnemanuel.com>

**Cc:** Roey Goldstein <roeygoldstein@quinnemanuel.com>; Abby G. Cunningham <Abby.G.Cunningham@wvago.gov>; Ryan Donovan <rdonovan@hfdrlaw.com>; Jonathan Cooper <jonathancooper@quinnemanuel.com>; William Ihlenfeld <wji@maverickwv.com>; Maximillian Nogay <max@maverickwv.com>; Steven R. Compton <Steven.R.Compton@wvago.gov>
**Subject:** RE: WV Subpoenas - Proposed JSR Following Supervised Meet-and-Confer

Elisabeth and Patrick-

The AGO (and, it appears, other agency respondents) have several disagreements with ESI's proposed JSR. Nonetheless, we want to continue working through the issues to find common ground. We think ESI and the respondents should agree to and jointly request a two-week extension to allow the parties time to work through your proposed agreement, consider any suggested edits or revisions, and determine in good faith whether an agreement can be reached regarding the scope of the subpoenas. Broadly, the AGO's concerns track those expressed by Steve Compton in his email of August 6 on behalf of his agencies.

I doubt we'll be able to resolve all of the issues in the limited time we have this afternoon and with the multitude of people involved in the process, so absent an agreed extension, the relevant agencies will have to submit their own status reports today.

Thank you and please let us know ASAP how you'd like to proceed.



**Jace H. Goins**
*Chief Deputy Attorney General*
Office of the WV Attorney General
1900 Kanawha Blvd., East
State Capitol, Building 1, Room E-26E
Charleston, WV  25305
Direct:  304.558.2422
Jace.H.Goins@wvago.gov

---

**From:** Steven R. Compton <Steven.R.Compton@wvago.gov>
**Sent:** Friday, August 7, 2026 11:01 AM
**To:** Elisabeth Miller <elisabethmiller@quinnemanuel.com>
**Cc:** Roey Goldstein <roeygoldstein@quinnemanuel.com>; Jace H. Goins <Jace.H.Goins@wvago.gov>; Abby G. Cunningham <Abby.G.Cunningham@wvago.gov>; Ryan Donovan <rdonovan@hfdrlaw.com>; Jonathan Cooper <jonathancooper@quinnemanuel.com>; Patrick King <patrickking@quinnemanuel.com>; William Ihlenfeld <wji@maverickwv.com>; Maximillian Nogay <max@maverickwv.com>
**Subject:** Re: WV Subpoenas - Proposed JSR Following Supervised Meet-and-Confer

I am awaiting approval from my clients. I am working with multiple agencies.

**Steven R. Compton**
**Deputy Attorney General**
Health and Human Services Division
812 Quarrier Street, 6th Floor
Charleston, WV 25301
(304) 558-2131
steven.r.compton@wvago.gov

The information contained in this electronic message is legally privileged and confidential under applicable law and is intended only for the use of the individual or entity named above.  If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited.  If you have received this communication in error, please notify the West Virginia Office of the Attorney General, (304) 558-2131, and purge this communication immediately without making any copy or distribution.

On Aug 7, 2026, at 10:51 AM, Elisabeth Miller <elisabethmiller@quinnemanuel.com> wrote:

Steven, Jace, Abby, Ryan,

We sent you a draft joint status report on July 28. We have repeatedly asked for comments and edits, as the deadline to file is today.  Yet we have received no edits, beyond vague feedback from Mr. Compton that the JSR did not work for his clients.  When we asked for a redline laying out his clients' disagreement, Mr. Compton never responded.

The State asked the Court at the in-person meet and confer for an additional two weeks to file a status report so the parties could continue to meet and confer.  Yet the State has not engaged with ESI's good faith efforts to reach a compromise.

We see no other option but to file a report with the Court today, either joint or just from ESI, requesting the Court to rule on the pending motions. If you'd like to engage on a substantive redline to the draft JSR, we remain willing to do so, but time is of the essence given the impending deadline today.

Best,
Elisabeth

**From:** Elisabeth Miller
**Sent:** Thursday, August 6, 2026 1:12 PM
**To:** Steven R. Compton <Steven.R.Compton@wvago.gov>; Roey Goldstein <roeygoldstein@quinnemanuel.com>; Jace H. Goins <Jace.H.Goins@wvago.gov>; Abby G. Cunningham <Abby.G.Cunningham@wvago.gov>; Ryan Donovan <rdonovan@hfdrlaw.com>
**Cc:** Jonathan Cooper <jonathancooper@quinnemanuel.com>; Patrick King <patrickking@quinnemanuel.com>; William Ihlenfeld <wji@maverickwv.com>; Maximillian Nogay <max@maverickwv.com>
**Subject:** RE: WV Subpoenas - Proposed JSR Following Supervised Meet-and-Confer

Steven,

To further the discussions, could you please send a redline back with your proposals? The joint status report is not inconsistent with what we believed to be the parties' discussions, so it would be helpful to understand the areas of disagreement.  But as you recall, we unfortunately spent many hours at the in-person meet and confer arguing about whether the subpoenas would be withdrawn and thus had to defer more substantive discussions at Mr. Donovan's request.

However, as I repeatedly said during the meet and confer, ESI cannot agree to simply allow a temporal supplementation of the agencies' existing productions in prior tracks.  That's why new subpoenas, with new requests, were served here.  If we need to inform the Court that we are at an impasse and that we need a ruling on the motions, then we can and should do so as soon as possible.

Please let me know if a call would be helpful.

Best,
Elisabeth

**From:** Steven R. Compton <Steven.R.Compton@wvago.gov>
**Sent:** Thursday, August 6, 2026 1:00 PM
**To:** Elisabeth Miller <elisabethmiller@quinnemanuel.com>; Roey Goldstein <roeygoldstein@quinnemanuel.com>; Jace H. Goins <Jace.H.Goins@wvago.gov>; Abby G. Cunningham <Abby.G.Cunningham@wvago.gov>; Ryan Donovan <rdonovan@hfdrlaw.com>
**Cc:** Jonathan Cooper <jonathancooper@quinnemanuel.com>; Patrick King <patrickking@quinnemanuel.com>; William Ihlenfeld <wji@maverickwv.com>; Maximillian Nogay <max@maverickwv.com>
**Subject:** RE: WV Subpoenas - Proposed JSR Following Supervised Meet-and-Confer

**[EXTERNAL EMAIL from steven.r.compton@wvago.gov]**

After speaking with my clients and reviewing my notes, this report goes much further than what my understanding was about the meet and confer. My understanding was that Plaintiffs were going to narrow their subpoena request in more than just the time period. This document adds many things that were not discussed and creates additional burdens on the agencies I represent. Further we do not agree

to respond in full.  We only stated that we would update the information similarly to that which was produced in the previous litigations. The request is still overbroad and burdensome.

I would only be agreeable to a much simpler status report, and not an agreement, basically stating that the Plaintiffs have shortened the time frame for information starting January 1, 2020 and will schedule individual meet and confers with the individual agencies to work out agreements as to what information will be produced and to discuss additional production prior to January 1, 2020.

**Steven R. Compton**
**Deputy Attorney General**
Health and Human Services Division
812 Quarrier Street, 6th Floor
Charleston, WV 25301
(304) 558-2131
Fax 558-0430
steven.r.compton@wvago.gov

The information contained in this electronic message is legally privileged and confidential under applicable law and is intended only for the use of the individual or entity named above.  If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited.  If you have received this communication in error, please notify the West Virginia Office of the Attorney General, (304) 558-2131, and purge this communication immediately without making any copy or distribution.

**From:** Elisabeth Miller <elisabethmiller@quinnemanuel.com>
**Sent:** Thursday, August 6, 2026 10:29 AM
**To:** Steven R. Compton <Steven.R.Compton@wvago.gov>; Roey Goldstein <roeygoldstein@quinnemanuel.com>; Jace H. Goins <Jace.H.Goins@wvago.gov>; Abby G. Cunningham <Abby.G.Cunningham@wvago.gov>; Ryan Donovan <rdonovan@hfdrlaw.com>
**Cc:** Jonathan Cooper <jonathancooper@quinnemanuel.com>; Patrick King <patrickking@quinnemanuel.com>; William Ihlenfeld <wji@maverickwv.com>; Maximillian Nogay <max@maverickwv.com>
**Subject:** RE: WV Subpoenas - Proposed JSR Following Supervised Meet-and-Confer

All,

Given tomorrow's deadline for the joint status report, we would appreciate receiving your comments and edits today so we have ample time to review.  Do you expect to send back your drafts today?

Thanks,
Elisabeth

**From:** Elisabeth Miller
**Sent:** Tuesday, August 4, 2026 4:05 PM
**To:** Steven R. Compton <Steven.R.Compton@wvago.gov>; Roey Goldstein <roeygoldstein@quinnemanuel.com>; Jace H. Goins <Jace.H.Goins@wvago.gov>; Abby G. Cunningham <Abby.G.Cunningham@wvago.gov>; Ryan Donovan <rdonovan@hfdrlaw.com>
**Cc:** Jonathan Cooper <jonathancooper@quinnemanuel.com>; Patrick King <patrickking@quinnemanuel.com>; William Ihlenfeld <wji@maverickwv.com>; Maximillian Nogay <max@maverickwv.com>
**Subject:** RE: WV Subpoenas - Proposed JSR Following Supervised Meet-and-Confer

Thanks, Steven.

When can we expect comments or edits from the AG?

**From:** Steven R. Compton <Steven.R.Compton@wvago.gov>
**Sent:** Monday, August 3, 2026 11:16 AM
**To:** Elisabeth Miller <elisabethmiller@quinnemanuel.com>; Roey Goldstein <roeygoldstein@quinnemanuel.com>; Jace H. Goins <Jace.H.Goins@wvago.gov>; Abby G. Cunningham <Abby.G.Cunningham@wvago.gov>; Ryan Donovan <rdonovan@hfdrlaw.com>
**Cc:** Jonathan Cooper <jonathancooper@quinnemanuel.com>; Patrick King <patrickking@quinnemanuel.com>; William Ihlenfeld <wji@maverickwv.com>; Maximillian Nogay <max@maverickwv.com>
**Subject:** RE: WV Subpoenas - Proposed JSR Following Supervised Meet-and-Confer

**[EXTERNAL EMAIL from steven.r.compton@wvago.gov]**

My apologies.  I did not see this email last week due to being in hearings.  I am forwarding it to my clients today for comment.

**Steven R. Compton**
**Deputy Attorney General**
Health and Human Services Division
812 Quarrier Street, 6th Floor
Charleston, WV 25301
(304) 558-2131
Fax 558-0430
steven.r.compton@wvago.gov

The information contained in this electronic message is legally privileged and confidential under applicable law and is intended only for the use of the individual or entity named above.  If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited.  If you have received this communication in error, please notify the West Virginia Office of the Attorney General, (304) 558-2131, and purge this communication immediately without making any copy or distribution.

**From:** Elisabeth Miller <elisabethmiller@quinnemanuel.com>
**Sent:** Monday, August 3, 2026 10:41 AM
**To:** Roey Goldstein <roeygoldstein@quinnemanuel.com>; Jace H. Goins <Jace.H.Goins@wvago.gov>; Abby G. Cunningham <Abby.G.Cunningham@wvago.gov>; Ryan Donovan <rdonovan@hfdrlaw.com>; Steven R. Compton <Steven.R.Compton@wvago.gov>
**Cc:** Jonathan Cooper <jonathancooper@quinnemanuel.com>; Patrick King <patrickking@quinnemanuel.com>; William Ihlenfeld <wji@maverickwv.com>; Maximillian Nogay <max@maverickwv.com>
**Subject:** RE: WV Subpoenas - Proposed JSR Following Supervised Meet-and-Confer

Good morning, all,

In light of the August 7 deadline for this report, I'm checking in on when we can expect any comments or edits to the draft sent last week.  Thanks.

Best,
Elisabeth

**From:** Roey Goldstein <roeygoldstein@quinnemanuel.com>
**Sent:** Tuesday, July 28, 2026 11:30 AM
**To:** Jace.H.Goins@wvago.gov; Abby G. Cunningham <abby.g.cunningham@wvago.gov>; Ryan Donovan <rdonovan@hfdrlaw.com>; Steven R. Compton <steven.r.compton@wvago.gov>
**Cc:** Jonathan Cooper <jonathancooper@quinnemanuel.com>; Patrick King <patrickking@quinnemanuel.com>; Elisabeth Miller <elisabethmiller@quinnemanuel.com>; William Ihlenfeld <wji@maverickwv.com>; Maximillian Nogay <max@maverickwv.com>
**Subject:** WV Subpoenas - Proposed JSR Following Supervised Meet-and-Confer

All –

In the interest of making progress on our subpoenas and demonstrating to the court of our good faith efforts to resolve our pending motions, we have prepared a proposed agreement for moving forward with the subpoenas to DoHS, OCME, BPH, ODCP, and AGO.  We have drafted the proposed agreement in the form of a Joint Status Report, which we are required to file by August 7 per Ms. Dill's instructions at the supervised meet-and-confer, though we are sure the court would appreciate it if we can file it sooner.

Once we reach an agreement, we propose filing the Joint Status Report with a joint motion to withdraw without prejudice Express Scripts', the Agencies', and the State's respective motions.  That way the parties' motions are withdrawn simultaneously without making the withdrawal of some motions dependent on others filing separate motions to withdraw.  We can circulate a draft joint motion to withdraw our respective motions when we get closer to an agreement on the Joint Status Report.

7

Please let us know if you have any comments, questions, or edits to the attached draft and/or our proposal regarding the joint motion to withdraw.  We would be happy to meet and confer over our proposal if that would be useful.

Best,


**Roey Goldstein**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**
295 Fifth Avenue, Floor 10
New York, NY 10016
212-849-7045 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
roeygoldstein@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.