**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING DIVISION**

**OHIO COUNTY COMMISSION, et al.,**

**Plaintiffs,**

vs.

**EXPRESS SCRIPTS, INC., et al.,**

**Defendants.**

**Civil Action No. 5:24-CV-142**

Judge John Preston Bailey
United States District Judge

**************************************

**CITY OF WELLSBURG,**

**Plaintiff,**

vs.

**EXPRESS SCRIPTS, INC., et al.,**

**Defendants.**

**Civil Action No. 5:25-cv-164**

Judge John Preston Bailey
United States District Judge

# NOTICE

Pursuant to the Court's July 17, 2026 Order (Dkt. 366), Plaintiffs hereby provide notice identifying the municipalities and subdivisions within Kanawha, Marion, Cabell, and Upshur Counties that will be included in the bellwether trials:

- **Kanawha County**
    1. Kanawha County Commission
    2. City of Charleston
- **Marion County**
    1. Marion County Commission

- **<u>Cabell County</u>**
  1. Cabell County Commission
  2. City of Huntington
- **<u>Upshur County</u>**
  1. Upshur County Commission

Dated: August 17, 2026

Respectfully submitted,

**OHIO COUNTY COMMISSION, et al.,**
***Plaintiffs***

By: /s/ ***Paul T. Farrell, Jr.***
Paul T. Farrell, Jr., Esq. (WV Bar #7443)
Michael J. Fuller, Jr., Esq. (WV Bar #10150)
**FARRELL & FULLER, LLC**
270 Muñoz Rivera Avenue, Suite 201
San Juan, Puerto Rico 00918
Telephone: (939) 293-8244
Email: paul@farrellfuller.com
Email: mike@farrellfuller.com

/s/ ***Robert P. Fitzsimmons***
Robert P. Fitzsimmons, Esq. (WV Bar #1212)
Clayton J. Fitzsimmons, Esq. (WV Bar #10823)
Mark A. Colantonio, Esq. (WV Bar #4238)
Christine Pill Fisher, Esq. (WV Bar #13450)
**FITZSIMMONS LAW FIRM PLLC**
1609 Warwood Avenue
Wheeling, WV 26003
Telephone: (304) 277-1700
Email: bob@fitzsimmonsfirm.com
Email: clayton@fitzsimmonsfirm.com
Email: mark@fitzsimmonsfirm.com
Email: christy@fitzsimmonsfirm.com

/s/ ***Anthony J. Majestro***
Anthony J. Majestro, Esq. (WV Bar #5165)
Christina L. Smith, Esq. (WV Bar #7509)

**POWELL & MAJESTRO PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
Telephone: (304) 444-6082
Email: amajestro@powellmajestro.com
Email: csmith@powellmajestro.com

***Counsel for Plaintiffs***

/s/ ***Anne McGinness Kearse***

Anne McGinness Kearse (WVSB #12547)
(*N.D. of W.V. Admission Pending*)
John D. Hurst (WVSB#10861)
MOTLEY RICE LLC
28 Bridgeside Blvd
Mount Pleasant, SC 29464
Phone: 843-216-9000
Fax: 843-216-9450
akearse@motleyrice.com
jhurst@motleyrice.com

***Counsel for City of Charleston and City of Huntington***

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING DIVISION**

**OHIO COUNTY COMMISSION, et al.,**

**Plaintiffs,**

vs.

**EXPRESS SCRIPTS, INC., et al.,**

**Defendants.**

**Civil Action No. 5:24-CV-142**

Judge John Preston Bailey
United States District Judge

**************************************

**CITY OF WELLSBURG,**

**Plaintiff,**

vs.

**EXPRESS SCRIPTS, INC., et al.,**

**Defendants.**

**Civil Action No. 5:25-cv-164**

Judge John Preston Bailey
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August, 2026, the undersigned served the foregoing ***Notice*** on all counsel via the Court's ECF system.

/s/ ***Clayton J. Fitzsimmons***
Clayton J. Fitzsimmons, Esq. (WV Bar #10823)
**FITZSIMMONS LAW FIRM PLLC**
1609 Warwood Avenue
Wheeling, WV 26003
Telephone: (304) 277-1700
Email: clayton@fitzsimmonsfirm.com