**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING DIVISION**

OHIO COUNTY COMMISSION, et al.,

Plaintiffs,

v. Civil Action No. 5:24-cv-00142-JPB (LEAD)
(Judge Bailey)

EXPRESS SCRIPTS, INC., et al.,

Defendants.

and

CITY OF WELLSBURG, et al.,

Plaintiffs,

v. Civil Action No. 5:25-cv-00164-JPB
(Judge Bailey)

EXPRESS SCRIPTS, INC., et al.,

Defendants.

**PLAINTIFFS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS THAT JOINT AND SEVERAL LIABILITY GOVERNS**

Plaintiffs Ohio County Commission, et al. and City of Wellsburg, et al. (collectively, "Plaintiffs") move for partial judgment on the pleadings and respectfully request that the Court grant partial judgment on the pleadings and (1) hold that W. Va. Code §§ 55-7-13a through 13d and former W. Va. Code § 55-7-24 do not apply to Plaintiffs' equitable public-nuisance abatement claim and that ESI's liability on that claim is joint and several under West Virginia common law; (2) enter judgment for Plaintiffs on ESI's Thirty-Third Defense and on its other defenses that invoke the apportionment statutes; and (3) grant such further relief as is just. For the reasons stated

in Plaintiffs' contemporaneously filed Memorandum of Law, Plaintiffs seek an order granting such motion.

Dated: August 19, 2026

Respectfully submitted,

***Ohio County Commission, et al., and***
***City of Wellsburg, et al., Plaintiffs***

*s/ Robert P. Fitzsimmons*
Robert P. Fitzsimmons (WVSB 1212)
Clayton J. Fitzsimmons (WVSB 10823)
Mark A. Colantonio (WVSB 4238)
Christine Pill Fisher (WVSB 13450)
**FITZSIMMONS LAW FIRM PLLC**
1609 Warwood Avenue
Wheeling, WV 26003
Telephone: 304-277-1700
bob@fitzsimmonsfirm.com
clayton@fitzsimmonsfirm.com
mark@fitzsimmonsfirm.com
christy@fitzsimmonsfirm.com

*s/ Paul T. Farrell*
Paul T. Farrell, Jr. (WVSB 7443)
**FARRELL & FULLER LLC**
270 Munoz Rivera Avenue, Suite 201
San Juan, Puerto Rico 00918
Telephone: 939-293-8244
paul@farrellfuller.com

*/s/ Anthony J. Majestro*
Anthony J. Majestro (WVSB No. 5165)
Christina L. Smith (WVSB 7509)
**POWELL & MAJESTRO PLLC**
405 Capitol Street, Suite 807
Charleston, WV 25301
Telephone: (304) 444-6082
amajestro@powellmajestro.com
csmith@powellmajestro.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2026, I electronically filed the foregoing Plaintiffs' Motion for Partial Judgment on the Pleadings That Joint and Several Liability Governs with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Anthony J. Majestro*
Anthony J. Majestro (WVSB 5165)