**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING DIVISION**

**OHIO COUNTY COMMISSION, et al.,**

**Plaintiffs,**

vs.

**EXPRESS SCRIPTS, INC., et al.,**

**Defendants.**

**Civil Action No. 5:24-CV-142**

Judge John Preston Bailey
United States District Judge

**********************************

**CITY OF WELLSBURG,**

**Plaintiff,**

vs.

**EXPRESS SCRIPTS, INC., et al.,**

**Defendants.**

**Civil Action No. 5:25-cv-164**

Judge John Preston Bailey
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2026, the undersigned served:

- *Plaintiff Marion County Commission's Combined Discovery Requests (1st) to Express Scripts Defendants;*
- *Plaintiff Upshur County Commission's Combined Discovery Requests (1st) to Express Scripts Defendants;*
- *Plaintiff Cabell County Commission's Combined Discovery Requests (1st) to Express Scripts Defendants;*
- *Plaintiff Kanawha County Commission's Combined Discovery Requests (1st) to Express Scripts Defendants;*

- *Plaintiff Marion County Commission's Request for Admissions (1st) to Express Scripts Defendants;*
- *Plaintiff Upshur County Commission's Request for Admissions (1st) to Express Scripts Defendants;*
- *Plaintiff Cabell County Commission's Request for Admissions (1st) to Express Scripts Defendants;*
- *Plaintiff Kanawha County Commission's Request for Admissions (1st) to Express Scripts Defendants;*
- *Plaintiff City of Charleston's Request for Admissions (1st) to Express Scripts Defendants; and*
- *Plaintiff City of Huntington's Request for Admissions (1st) to Express Scripts Defendants*

on all counsel of record, as well as to the Plaintiffs' listserv at wvpbm@listserv.motleyrice.com and Defendants' listserv at qe-esi-wv@quinnemanuel.com and on the following counsel by email:

Charles R. Bailey, Esq.
Bailey & Wyant, PLLC
500 Virginia Street East, Suite 600
P.O. Box 3710
Charleston, WV 25337-3710
cbailey@baileywyant.com

William J. Ihlenfeld, Esq.
Maximillian F. Nogay, Esq.
Maverick Litigation
P.O. Box 613
Morgantown, WV 26507
wji@maverickwv.com
max@maverickwv.com

Justin C. Taylor, Esq.
Litchfield Cavo, LLP
Terminal Building
8 Capitol Street – 4th Floor
Charleston, WV 25301
taylorj@litchfieldcavo.com

/s/ *Clayton J. Fitzsimmons*
Clayton J. Fitzsimmons, Esq. (WV Bar #10823)

FITZSIMMONS LAW FIRM PLLC
1609 Warwood Avenue
Wheeling, WV 26003
Telephone: (304) 277-1700
Email: clayton@fitzsimmonsfirm.com